# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

NOVEMBER 4, 1981

IN THE MATTER OF SMITH. (Docket No. 66523.) Leave to appeal considered and in lieu of granting leave to appeal, pursuant to GCR 1963, 853.2(4), we strike from the Attorney Discipline Board's judgment the words "and until the closing of the estate". In all other respects leave to appeal is denied. *Michael Alan Schwartz,* Grievance Administrator, and *Eugene N. LaBelle,* Deputy Grievance Administrator, for appellee Attorney Grievance Commission. *Robert L. Douglas* for appellant.

IN THE MATTER OF GRIMES. (Docket No. 66527.) Leave to appeal granted. *Michael Alan Schwartz,* Grievance Administrator, and *Eugene N. LaBelle,* Deputy Grievance Administrator, for appellant Attorney Grievance Commission. *Milliken, Magee & Yuille* for appellee.

RUSINEK v SCHULTZ, SNYDER & STEELE LUMBER COMPANY. (Docket No. 65509.) Rehearing denied. *Bennett S. Engelman* for plaintiffs-appellants. Reported at 411 Mich 502.

BAILEY v GRAVES. (Docket No. 63604.) Rehearing denied. *Marston, Sachs, Nunn, Kates, Kadushin & O'Hare, P.C.,* for plaintiff-appellee. *Sylvester Delaney,* Deputy Corporation Counsel, and *William B. Daniel* and *Hurticene Hardaway,* Assistants Corporation Counsel, for defendants-appellants. Reported at 411 Mich 510.

PEOPLE v HUGHES. (Docket No. 64131.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *William F. Delhey,* Prosecuting Attorney, for the people. *Arthur J. Tarnow* for defendant-appellant. Reported at 411 Mich 517.